UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| THE KINGDOM OF MOROCCO, <br><br> *Movant,* <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> *Respondent.* | Case No. 7:19-mc-00396-NSR <br><br> **FILED UNDER SEAL** <br><br> **AFFIRMATION OF** <br> **ABBE DAVID LOWELL** |

I, Abbe David Lowell, hereby declare as follows under 28 U.S.C. § 1746:

1. I am a partner at the law firm of Winston & Strawn LLP, counsel for Movant, the Kingdom of Morocco ("Morocco"), in the above-captioned matter. I am a member of the bar of the State of New York and the District Court for the Southern District of New York.

2. I have personal knowledge of the facts hereinafter set forth, or am so informed, and I submit this Affirmation in support of Morocco's Motion for an Order Directing the U.S. Government to Respect Morocco's Consular Privileges (the "Motion").

3. Attached as **Exhibit A** is a true and correct copy of the Complaint filed in *United States v. Maria Luisa Estrella Jaidi and Ramon Singson Estrella*, No. 19-mj-2307 (S.D.N.Y. Mar. 8, 2019), Dkt. No. 2 (Compl.).

4. Attached as **Exhibit B** is a true and correct copy of the March 16, 2019 Note Verbale from Morocco to the United States (NV/155/2019).

5. Attached as **Exhibit C** is a true and correct copy of the June 11, 2019 Note Verbale from Morocco to the United States (NV/177/2019) and its accompanying attachment.

6. Attached as **Exhibit D** is a true and correct copy of the March 14, 2019 Note Verbale from Morocco to the United States (NV/168/2019).

7. Attached as **Exhibit E** is a true and correct copy of the March 26, 2019 Note Verbale from Morocco to the United States (No. 1344696).

8. Attached as **Exhibit F** is a true and correct copy of the March 27, 2019 letter from Abbe David Lowell to Assistant U.S. Attorneys for the Southern District of New York Gillian Grossman and Samuel Adelsberg.

9. Attached as **Exhibit G** is a true and correct copy of the March 26, 2019 Note Verbale from Morocco to the United States (No. 1344697).

10. Attached as **Exhibit H** is a true and correct copy of the March 28, 2019 letter from U.S. Attorney for the Southern District of New York, Geoffrey S. Berman, to Abbe David Lowell.

11. Attached as **Exhibit I** is a true and correct copy of the June 24, 2019 letter from Abbe David Lowell to Assistant U.S. Attorneys for the Southern District of New York Gillian Grossman and Samuel Adelsberg.

12. Attached as **Exhibit J** is a true and correct copy of the July 10, 2019 letter from U.S. Attorney for the Southern District of New York, Geoffrey S. Berman, to Abbe David Lowell.

13. Attached as **Exhibit K** is a true and correct copy of the July 31, 2019 letter from Abbe David Lowell to Assistant U.S. Attorneys for the Southern District of New York Gillian Grossman and Samuel Adelsberg.

14. Attached as **Exhibit L** is a true and correct copy of the August 13, 2019 letter from U.S. Attorney for the Southern District of New York, Geoffrey S. Berman, to Abbe David Lowell.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 26, 2019 in Washington, D.C.

Abbe David Lowell