The original version of this document remains under seal.

# Exhibit B



*The Permanent Mission of the Kingdom of Morocco to the United Nations New York*

البعثة الدائمة للمملكة المغربية لدى الأمم المتحدة نيويورك

NV/ 155 /2019   New York, March 16, 2019

The Permanent Mission of the Kingdom of Morocco to the United Nations in New York presents its compliments to the Permanent Mission of the United States to the United Nations in New York and with reference to its note verbale NV/148/2019 of March 14, 2019 and with the United States Mission note verbale HC-21-19 of March 15, 2019, has the honor to indicate the following:

- The Permanent Mission of the Kingdom of Morocco takes note of the United States Mission note verbale HC-21-19 of March 15, 2019.

- The Permanent Mission of the Kingdom of Morocco would like to reiterate Morocco's firm willingness to continue its full and expeditious cooperation with the United States with regards to the current situation.

- On this basis, as an expression of its desire to cooperate with the United States and its law enforcement agencies, and in recognition of the seriousness of the pending matter, the Permanent Mission of the Kingdom of Morocco hereby waives the current inviolability of ▮▮▮▮ Yonkers, New York ▮▮▮ (also known as ▮▮▮▮ Yonkers, New York ▮▮▮) upon the United States' reciprocal understanding that law enforcement will enter the premises with legal counsel for the Permanent Mission so that they may together review, consider and inventory the belongings that remain.

- The Permanent Mission of the Kingdom of Morocco to the United Nations would like to reiterate its insistence for the full respect of international law on diplomatic immunities and privileges, in particular the Vienna Convention on Diplomatic Relations, the Vienna Convention on Consular Relations and the Convention on the Privileges and Immunities of the United Nations. No action should be undertaken which would violate in anyway these Conventions.

The Permanent Mission of the Kingdom of Morocco to the United Nations in New York avails itself of this opportunity to renew to the Permanent Mission of the United States to the United Nations in New York the assurances of its highest consideration.

**Permanent Mission of the United States
To the United Nations
Host Country Affairs
New York**