The original version of this document remains under seal.

# Exhibit C

*Royaume du Maroc*
*Ministère des Affaires Étrangères*
*et de la Coopération Internationale*



المملكة المغربية
وزارة الشؤون الخارجية
والتعاون الدولي

*Direction du Protocole*
**NV. 177/19**

مديرية التشريفات

**1 1 JUIN 2019**

Le Ministère des Affaires étrangères et de la Coopération Internationale présente ses compliments à l'Ambassade des Etats Unis d'Amérique à Rabat et, en référence aux notes verbales 19-397, 19-398, HC-16-19, HC-17-19, HC-18-19, HC-19-19, HC-20-19, HC-21-19, HC-21-19 et HC-26-19 a l'honneur de lui faire parvenir, ci-joint, un document portant sur les mesures prises et à prendre par le Maroc dans le cadre de la coopération avec les autorités américaines pour remédier aux circonstances liées à l'enquête en cours du Département de la justice concernant Mme. Maria Luisa ESTRELLA JAIDI, son frère-Ramon Singson ESTRELLA, ▆▆▆▆▆

Dans ce cadre, le Royaume du Maroc tient à réaffirmer son engagement à traiter cette affaire, dans toutes ses étapes, de manière responsable, diligente et efficace.

Le Royaume du Maroc espère que les mesures effectivement mises en œuvre et les mesures annoncées, permettront de régler cette situation dans l'esprit d'amitié, d'alliance et de partenariat de longue date entre les deux pays, et de dépasser rapidement ses conséquences.

Le Ministère des Affaires étrangères et de la Coopération Internationale saisit cette occasion pour renouveler à l'Ambassade des Etats Unis d'Amérique à Rabat les assurances de sa haute considération.

**AMBASSADE DES ETATS UNIS D'AMERIQUE**
Rabat

[coat of arms]

Kingdom of Morocco
Ministry of Foreign Affairs
and International Cooperation

Directorate of Protocol
[handwritten:] *NV. 177/19*

[bilingual text]

[stamp:] JUNE 11, 2019

The Ministry of Foreign Affairs and International Cooperation presents its compliments to the Embassy of the United States of America in Rabat and, in reference to the verbal notes 19-397, 19-398, HC-16-19, HC-17-19, HC-18-19, HC-19-19, HC-20-19, HC 21-19, HC-21-19 [sic] and HC-26-19, has the honor of sending it, attached, a document on the measures taken and that will be taken by Morocco to cooperate with the American authorities to remedy the circumstances related to the investigation now underway by the Department of Justice concerning Ms. Maria Luisa ESTRELLA JAIDI, her brother Ramon Singson ESTRELLA, ███████

In doing so, the Kingdom of Morocco wishes to reaffirm its commitment to deal with this affair at all stages, in a manner that is responsible, diligent and efficient.

The Kingdom of Morocco hopes that the measures effectively implemented and the measures announced will enable this situation to be resolved in a spirit of friendship, alliance and long-standing partnership between the two countries, and its consequences to be quickly surmounted.

The Ministry of Foreign Affairs and International Cooperation avails itself of this opportunity to renew to the Embassy of the United States of America in Rabat the assurances of its highest consideration.

[initials]
[stamp:]
Kingdom of Morocco
[coat of arms]
Ministry of Foreign Affairs
and International Cooperation

**EMBASSY OF THE UNITED STATES OF AMERICA**
**Rabat**



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the document **"2019-06-11- Note Verbale 177-19- from Morocco to US"** is, to the best of my knowledge and belief, a true and accurate translation from French into English.

Aurora Landman

Sworn to before me this
August 21, 2019

Signature, Notary Public

WENDY POON
NOTARY
NO. 01PO6356754
QUALIFIED IN
QUEENS COUNTY
COMM. EXP.
04-03-2021
PUBLIC
STATE OF NEW YORK

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

















