# Exhibit J

[Type text]



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

United States Courthouse
300 Quarropas Street
White Plains, New York 10601

July 10, 2019

**BY EMAIL**
Abbe Lowell, Esq.
Winston & Strawn LLP
1700 K Street, NW
Washington, DC 20006

Dear Mr. Lowell:

      We write in response to your letter of June 24, 2019. We appreciate receiving a copy of the June 11, 2019 note verbale. The Government further appreciates the concerns raised in your letter regarding protected consular information and recognizes its obligations under Article 33 of the Vienna Convention on Consular Relations (the "VCCR") to ensure the inviolability of consular archives and documents. In coordination with the Department of State and with reference to issues raised in your letter regarding the scope of protected documents, we continue to review seized materials for any archival material that may have been inadvertently seized and are taking all appropriate steps to ensure consistency with the VCCR.

      Very truly yours,

      GEOFFREY S. BERMAN
      United States Attorney

By: /s/ _____
     Sam Adelsberg / Gillian Grossman
     Assistant United States Attorneys
     (914) 993-1919 / (212) 637-2188