The original version of this document remains under seal.

# Exhibit L



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

August 13, 2019

**BY EMAIL**
Abbe Lowell, Esq.
Winston & Strawn LLP
1700 K Street, NW
Washington, DC 20006

Dear Mr. Lowell:

We write in response to your letter of July 31, 2019. Your letter accuses the Government of wrongfully detaining Moroccan citizens, illegally seizing their devices, and denying Morocco's right to assert its consular privileges. Your claims are inaccurate, as is your assertion that your client has cooperated with the Government's investigation.

Your letter states that the Government has placed ███ individuals, ███████████ ███████████ under "virtual detention" by issuing subpoenas that require them to appear at a scheduled grand jury proceeding. We do not accept your characterization that a lawfully issued subpoena requiring a witness to appear before the grand jury and give testimony on a particular date amounts to "virtual detention." In any event, as you are aware, all of the ███ individuals listed in your letter are represented by counsel in this investigation who have advocated on their clients' behalf. We have and will continue to engage directly with the attorneys for those ███ individuals; it is not appropriate, however, for the Government to discuss their situations with third parties who do not represent them.

Your letter also states that the Government seized electronic devices in the course of its investigation "under false pretenses." That is incorrect. All devices were lawfully seized pursuant to a search warrant, which authorized the Government to retain custody of all electronic devices containing evidence of crime. At no point did the Government agree to relinquish custody of such lawfully seized evidence. We note again, moreover, that you do not represent any of the individuals whose devices were seized.

Finally, you suggest that the Government is somehow failing to abide by its obligations under Article 33 of the Vienna Convention on Consular Relations (the "VCCR"). We reject that

suggestion and your overbroad assertions of consular privileges.  As we stated in our letter of July 10, 2019, the Government is taking careful steps and working closely with the U.S. Department of State to identify any archival material and to ensure consistency with the VCCR.

Very truly yours,

GEOFFREY S. BERMAN
United States Attorney

By:  /s/

Sam Adelsberg / Gillian Grossman
Assistant United States Attorneys
(212) 637-2494 / (212) 637-2188